**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>SERGIO ALBERTO VALENCIA-URIBE,<br><br>                Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony) |

The United States Attorney charges:

On or about January 23, 2024, within the Southern District of California, defendant, SERGIO ALBERTO VALENCIA-URIBE, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 13, 2024 .

                                          TARA K. McGRATH<br>
                                          United States Attorney

*Keith D. Ellison*<br>
KEITH D. ELLISON<br>
Assistant U.S. Attorney

KDE:sd 1/26/2024